THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKIAM RV RESORT LLC, | CASE NO. C17-0885-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM JORDAN CAPITAL, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On August 31, 2018, the Court received the parties' notice of settlement. (Dkt. No. 42.) The Court ordered counsel to file an appropriate dismissal or a joint status report by October 4, 2018. (Dkt. No. 43.) The parties have filed neither. Therefore, the parties are ORDERED to file a joint status report outlining the status of the parties' settlement negotiations no later than October 16, 2018.

DATED this 9th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0885-JCC
PAGE - 1