THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMOKIAM RV RESORT LLC, | CASE NO. C17-0885-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM JORDAN CAPITAL, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendant Servis One have filed a stipulation and proposed order of dismissal. (Dkt. No. 45.) Plaintiff has filed a notice of voluntary dismissal against Defendant William Jordan Capital. (*Id.*) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation/notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 16th day of October 2018

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-0885-JCC
PAGE - 1